NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LEOPOLDO SANCHEZ ALVAREZ,       )
DOC #C12358,                    )
                                )
            Appellant,          )
                                )
v.                              )        Case No. 2D18-1755
                                )
STATE OF FLORIDA,               )
                                )
            Appellee.           )
                                )
_____  )

Opinion filed March 8, 2019.

Appeal from the Circuit Court for Polk
County; Mark Carpanini, Judge.

Howard L. Dimming, II, Public Defender,
and Robert D. Rosen, Assistant Public
Defender, Bartow, for Appellant.

Leopoldo S. Alvarez, pro se.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


VILLANTI, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.